ACCEPTED
06-18-0016-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/7/2018 12:05 PM
DEBBIE AUTREY
CLERK

CASE NO. 06-18-00016-CR

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/7/2018 12:05:31 PM
DEBBIE AUTREY
Clerk

RONNIE RICKS, JR.
Appellant

vs.

THE STATE OF TEXAS,
Appellee

On Appeal from the 5th Judicial District Court of
Bowie County, Texas
Trial Court Cause No. 14F1149-5

## APPELLANT'S MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW RONNIE RICKS, JR., Appellant in the above-referenced cause, who makes and files this, his Motion to Extend Time to File Appellant's Brief, and, in support whereof, would respectfully show unto the Honorable Court as follows:

I.

This is an appeal from the 5th Judicial District Court of Bowie County, Texas. The cause number in the 5th District Court is 14F1149-5. Appellant's Brief in the above-referenced matter is currently due on or before Thursday, May 10, 2018.

*Ronnie Ricks, Jr. vs. The State of Texas*
*Appellant's Motion to Extend Time to File Appellant's Brief*
*Page 1 of 3*

II.

The Appellant requests that the Honorable Court grant him a sixty (60) day extension of time to file his Brief, which would make it due on or before Monday, July 9, 2018.

III.

The Appellant has not requested, nor has the Honorable Court ordered, any prior extensions of this deadline. If granted, this Motion would represent the first extension of time to file the Appellant's Brief.

IV.

The following facts are relied upon by the Appellant to reasonably explain the need for the requested extension. Counsel would show that he has been involved in several mediations and depositions and that he has been involved in many criminal pre-trials and arraignments and various other non-jury hearings during the month of April, 2018. Further, Counsel would show that in May and June, 2018 he has a mediation, several depositions, criminal jury trials, civil jury trials, and criminal pre-trial hearings scheduled. Counsel would also show that there is a voluminous amount of documents, videos and pictures to review to prepare Appellant's Brief.

V.

The purpose for this Motion is not for delay, but so that justice may be had by all parties. Appellants request that they be granted an extension of time of sixty (60) days for the filing of his brief.

PRAYER

Appellant prays that the Honorable Court GRANTS his request to extend the deadline for filing the Brief to Monday, July 9, 2018.

*Ronnie Ricks, Jr. vs. The State of Texas*
*Appellant's Motion to Extend Time to File Appellant's Brief*
*Page 2 of 3*

Appellant prays for such other and further relief, general or special, in law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

M. Mark Lesher
State Bar No. 12225500

**LESHER & McCOY**
126 W. 2nd Street
Mount Pleasant, Texas 75455
Telephone: (903) 572-2889
Facsimile: (903) 572-2893
E-Mail: mlesher@lawyerlesher.com

ATTORNEY FOR THE APPELLANT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to Tex. R. App. Pro. 9.5(a), a true and correct copy of the foregoing document has been sent to Mr. Jerry D. Rochelle, Bowie County Attorney, 601 Main Street, Texarkana, Texas 75501 through the Court's e-filing system on this ___7th___ day of May, 2018.

M. Mark Lesher

*Ronnie Ricks, Jr. vs. The State of Texas*
*Appellant's Motion to Extend Time to File Appellant's Brief*
*Page 3 of 3*